IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TERITA ALLEN, TEKEYA BROWN, )
and TANEIKA CRAIG, )
 )
    Plaintiffs, )
 )
v. ) Civil Action 1:04 CV 01167
 )
AXCESS STAFFING SERVICES LLC, )
 )
    Defendant )
 )

## ORDER GRANTING DEFENDANT'S MOTION TO SET ASIDE ENTRY OF DEFAULT

The above cause was heard on the motion of the defendant, AXCESS STAFFING SERVICES LLC to set aside the default entered against defendant in the above-entitled cause on March 1, 2005, and after reading the affidavit of Attorney Patricia A. Granger, the defendant's Memorandum of Law in support of the motion, and also the proposed answer of the defendant, and upon due consideration, it is ordered, adjudged and decreed that the default entered on March 1, 2005, be vacated and set aside, and that defendant is granted leave to file an answer or other defense to the complaint within twenty (20) days from the date of this order; and it is further ordered that in the meantime all proceedings in the cause be stayed until further order of the court.

This __2__ day of ~~April~~ May 2005.

_____
United States District Court Judge